November 2, 2010

Fidelity Information Services
Attn: Lynn Cravey
100 Second Ave S., Ste. 1100S
St. Petersburg, FL 33701

Re: CPRS/Case 3325002

Ms. Cravey,

You have insinuated that my statements concerning letters and phone calls are false,
asserting that CPRS sent correspondence to me on three separate occasions and alleging
that CPRS did not call my home at least a dozen times.

To begin with, I take offense to being referred to as a liar. I also find your statements
suspicious and am certain the Circuit Court for the State of Oregon will agree.

Per the enclosed phone records, Certegy Payment Recovery Services, Inc. placed thirteen
calls from the number 800.873.5869 to my home phone number of 503.282.1301.

As indicated in the enclosed email dated October 15, 2010 from Ms. Tanya Lawrence,
Corporate Executive Management Assistant at the FedEx corporate office in Memphis,
Tennessee, Claim # 91811483 for my check in the amount of $83.95 was referred to
Certegy on May 28, 2010.

One has to wonder how CPRS could sent a letter on May 27 regarding an account that
had not yet been assigned.

Due to these events as well as the fact that I received none of the correspondence
allegedly mailed, I submit these letters were not mailed to me at all.

On June 1, CPRS called me for the first time. Their first violation of the FDCPA occurred
five days later;

**§ 809. Validation of debts**
    (a) Within five days after the initial communication with a consumer in connection with
    the collection of any debt, a debt collector shall, unless the following information is
    contained in the initial communication or the consumer has paid the debt, send the consumer
    a written notice containing—

    (1) the amount of the debt;

    (2) the name of the creditor to whom the debt is owed;

    (3) a statement that unless the consumer, within thirty days after receipt of the notice,
    disputes the validity of the debt, or any portion thereof, the debt will be assumed to be
    valid by the debt collector;

    (4) a statement that if the consumer notifies the debt collector in writing within the thirty-
    day period that the debt, or any portion thereof, is disputed, the debt collector will obtain

> verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and
>
> (5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

On June 9, I sent the enclosed email requesting that CPRS cease from contacting me by phone until I received documentation.

CPRS proceeded to call me six times between June 10 and June 17, 2010. Their failure to provide the documentation requested as well as each subsequent phone call constitutes a violation of the Fair Debt Collection Practices Act.

**§ 809. Validation of debts**
(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

It is my contention there is sufficient evidence to prove that Certegy Payment Recovery Services, Inc is guilty of at least seven FDCPA violations.

The Circuit Court for the State of Oregon will also be asked to determine if allegations in your letter of September 21 constitute other violations.

I will provide one final opportunity to settle this matter prior to a lawsuit being filed against Certegy Payment Recovery Services, Inc.

I will accept a settlement in the amount of $3000.00 to be received no later than November 12, 2010.

If this sum is not received as stipulated above, a lawsuit will be filed for the entire amount due.


Randall J. Lakefish
2614 NE 32nd Place
Portland, OR 97212


c.c.    Kivel & Howard LLP
        Certegy Payment Recovery Services, Inc.
        file

**SmartZone Communications Center**                    progressivecholces@comcast.ne

± Font size -

# Re: PER OUR COMMUNICATIONS-CHECK INFO URGENTLY NEEDED

**From :** executiveservices <executiveservices@fedex.com>                    Fri Oct 15 2010 1:57:20 PM
**Subject :** Re: PER OUR COMMUNICATIONS-CHECK INFO URGENTLY NEEDED
    **To :** Randall Lakefish <progressivecholces@comcast.net>
    **Cc :** progressivecholces@comcast.net

Hello Mr. Lakefish,

I have finally obtained the Information you have requested concerning your 2 checks. They have been referred to Certegy Check Services. You may call their Customer Care at phone# 800-237-4851.

Your check for $47.57, which was written on 4/30/10 was referred on May 17th to Certegy. The claim#, which you will need when you call is **91796139.**

Your check for #83.95, which was written on 5/7/10 was referred on May 28th to Certegy. The claim# for it is, **91811483.**

I hope this information completes your query. Sorry for the delay

Certegy is now handling this matter, so any further queries you may have will need to be addressed with them. Our FedEx Office locations are no longer involved in this matter.

Best Regards, Tanya Lawrence, FedEx- Corp Exec Mgmt Assistant

----- Original Message -----
From: Randall Lakefish <progressivecholces@comcast.net>
Date: Friday, October 15, 2010 9:18 am
Subject: PER OUR COMMUNICATIONS-CHECK INFO URGENTLY NEEDED
To: executiveservices@fedex.com
Cc: progressivecholces@comcast.net

> Ms. Lawrence,
>
> It has been nearly two weeks since I first contacted Todd Gentry for
>
> information concerning these checks. The fact that I have still not
> yet been
> provided the details requested tells me there is something peculiar
> and not
> right about the situation.
>
> To insure there is no misunderstanding, I am asking for the name of
> the
> collection agency being used, their contact information, when this
> account
> was referred to them, what efforts if any were made to contact me
> prior to
> referring the matter to an outside firm, and the dates those efforts
> were
> made.
>
> I am bewildered why this crucial information is seemingly
> unavailable.
> Please advise. Thank you.

**Terminating**
**Start Date: 1-Jun-2010**
**End Date: 30-Jun-2010**
**Telephone Number: 5032821301**
**LP#: 204031**

| Call Date | Connect Ti | From Number | To Number | Billable Time |
|---|---|---|---|---|
| *JUN-01-2010* | *8:12:39* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-01-2010 | 9:47:43 | 2064456991 | 5032821301 | 0:00:02 |
| JUN-01-2010 | 10:11:52 | 8884756741 | 5032821301 | 0:06:10 |
| JUN-01-2010 | 10:39:32 | 5036902038 | 5032821301 | 0:00:56 |
| JUN-01-2010 | 12:02:45 | 5037711874 | 5032821301 | 0:00:40 |
| JUN-01-2010 | 12:14:50 | 5032821635 | 5032821301 | 0:01:26 |
| JUN-01-2010 | 16:11:15 | 7135414180 | 5032821301 | 0:00:09 |
| JUN-01-2010 | 16:13:50 | 8662655945 | 5032821301 | 0:00:06 |
| JUN-01-2010 | 16:58:12 | 5033514233 | 5032821301 | 0:00:35 |
| JUN-01-2010 | 17:07:17 | 2535617989 | 5032821301 | 0:00:12 |
| JUN-01-2010 | 20:48:00 | 7024258023 | 5032821301 | 0:00:08 |
| JUN-02-2010 | 9:18:23 | 9716730618 | 5032821301 | 0:01:01 |
| JUN-02-2010 | 10:26:13 | 5037711874 | 5032821301 | 0:01:18 |
| JUN-02-2010 | 13:19:23 | 5032821635 | 5032821301 | 0:02:31 |
| JUN-03-2010 | 8:01:05 | 2124539822 | 5032821301 | 0:00:29 |
| *JUN-03-2010* | *9:45:41* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-03-2010 | 11:27:25 | 5037711874 | 5032821301 | 0:00:40 |
| JUN-03-2010 | 14:46:45 | 5036992082 | 5032821301 | 0:00:28 |
| JUN-03-2010 | 14:46:45 | 5036992082 | 5032821301 | 0:00:28 |
| JUN-03-2010 | 14:47:50 | 5036992082 | 5032821301 | 0:00:05 |
| JUN-03-2010 | 14:47:50 | 5036992082 | 5032821301 | 0:00:05 |
| JUN-03-2010 | 17:41:19 | 4048916605 | 5032821301 | 0:00:10 |
| JUN-03-2010 | 17:56:25 | 5039982158 | 5032821301 | 0:00:51 |
| JUN-03-2010 | 17:58:37 | 5039982158 | 5032821301 | 0:00:31 |
| JUN-04-2010 | 9:51:34 | 8664736418 | 5032821301 | 0:00:16 |
| JUN-04-2010 | 10:48:33 | 5037711874 | 5032821301 | 0:00:28 |
| JUN-04-2010 | 13:03:14 | 9714047787 | 5032821301 | 0:00:17 |
| JUN-04-2010 | 16:03:28 | 4015150266 | 5032821301 | 0:00:07 |
| JUN-04-2010 | 16:43:29 | 8005222455 | 5032821301 | 0:00:54 |

| | | | | |
|---|---|---|---|---|
| *JUN-05-2010* | *8:16:48* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-05-2010 | 13:33:58 | 5032821635 | 5032821301 | 0:04:31 |
| JUN-05-2010 | 15:56:11 | 5032821635 | 5032821301 | 0:05:57 |
| JUN-05-2010 | 16:35:29 | 5032416421 | 5032821301 | 0:00:05 |
| JUN-06-2010 | 19:00:33 | 2064266689 | 5032821301 | 0:01:43 |
| *JUN-07-2010* | *9:58:38* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-07-2010 | 10:30:27 | 8664736418 | 5032821301 | 0:00:44 |
| JUN-07-2010 | 14:57:46 | 5035495564 | 5032821301 | 0:00:00 |
| JUN-07-2010 | 15:17:46 | 5035495564 | 5032821301 | 0:00:47 |
| JUN-07-2010 | 16:35:39 | 5032821635 | 5032821301 | 0:04:24 |
| JUN-07-2010 | 17:38:48 | 5037711874 | 5032821301 | 0:00:23 |
| JUN-07-2010 | 20:01:47 | 5035495564 | 5032821301 | 0:01:03 |
| *JUN-08-2010* | *8:51:05* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-08-2010 | 10:41:42 | 9716730618 | 5032821301 | 0:00:37 |
| JUN-08-2010 | 16:46:39 | 4166387299 | 5032821301 | 0:00:07 |
| JUN-08-2010 | 17:19:53 | 8005222455 | 5032821301 | 0:00:54 |
| JUN-08-2010 | 18:50:29 | 5037711874 | 5032821301 | 0:03:07 |
| JUN-08-2010 | 18:51:40 | 5033096256 | 5032821301 | 0:00:52 |
| JUN-08-2010 | 22:11:41 | 5032821635 | 5032821301 | 0:26:03 |
| *JUN-09-2010* | *10:24:56* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-09-2010 | 11:16:54 | 4063514168 | 5032821301 | 0:00:05 |
| JUN-09-2010 | 13:19:45 | 5164536725 | 5032821301 | 0:00:10 |
| JUN-09-2010 | 19:42:48 | 6305053008 | 5032821301 | 0:00:01 |
| JUN-10-2010 | 8:14:53 | 8014132581 | 5032821301 | 0:00:09 |
| *JUN-10-2010* | *8:43:29* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-10-2010 | 10:11:27 | 5037711874 | 5032821301 | 0:10:21 |
| JUN-10-2010 | 14:17:10 | 5032821635 | 5032821301 | 0:05:56 |
| *JUN-11-2010* | *8:33:31* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-11-2010 | 9:19:56 | 8664736418 | 5032821301 | 0:00:05 |
| JUN-11-2010 | 9:21:45 | 5033514233 | 5032821301 | 0:00:45 |
| JUN-11-2010 | 11:49:34 | 5037711874 | 5032821301 | 0:00:36 |
| JUN-11-2010 | 14:17:22 | 5032821635 | 5032821301 | 0:07:20 |
| JUN-11-2010 | 16:05:47 | 5036585063 | 5032821301 | 0:01:13 |
| JUN-11-2010 | 16:28:50 | 5036171000 | 5032821301 | 0:37:32 |
| JUN-11-2010 | 18:07:54 | 5037711874 | 5032821301 | 0:00:24 |

| | | | | |
|---|---|---|---|---|
| JUN-12-2010 | 17:33:55 | 9733602031 | 5032821301 | 0:00:00 |
| *JUN-13-2010* | *19:00:27* | *2064266689* | *5032821301* | *0:01:42* |
| JUN-14-2010 | 8:27:41 | 5036992082 | 5032821301 | 0:04:52 |
| JUN-14-2010 | 8:27:41 | 5036992082 | 5032821301 | 0:04:52 |
| JUN-14-2010 | 8:40:27 | 5036902038 | 5032821301 | 0:00:41 |
| JUN-14-2010 | 9:22:57 | 5036171000 | 5032821301 | 0:09:48 |
| JUN-14-2010 | 9:29:49 | 4029820785 | 5032821301 | 0:00:06 |
| *JUN-14-2010* | *9:31:23* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-14-2010 | 9:33:37 | 9712300396 | 5032821301 | 0:00:03 |
| JUN-14-2010 | 12:02:25 | 8884756741 | 5032821301 | 0:00:43 |
| JUN-14-2010 | 13:27:29 | 5037711874 | 5032821301 | 0:07:27 |
| JUN-14-2010 | 14:35:23 | 5036171000 | 5032821301 | 0:37:59 |
| JUN-14-2010 | 15:35:31 | 9712353335 | 5032821301 | 0:01:22 |
| JUN-14-2010 | 15:37:04 | 9712353335 | 5032821301 | 0:07:52 |
| JUN-14-2010 | 15:37:40 | 5164535591 | 5032821301 | 0:00:02 |
| JUN-14-2010 | 17:16:32 | 6305053008 | 5032821301 | 0:00:05 |
| JUN-14-2010 | 18:38:53 | 5164535591 | 5032821301 | 0:00:08 |
| JUN-14-2010 | 19:45:02 | 5164535591 | 5032821301 | 0:00:53 |
| *JUN-15-2010* | *8:54:48* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-15-2010 | 10:46:45 | 4064263222 | 5032821301 | 0:00:11 |
| JUN-15-2010 | 12:15:36 | 5037711874 | 5032821301 | 0:00:32 |
| JUN-15-2010 | 12:39:35 | 8884756741 | 5032821301 | 0:00:45 |
| JUN-15-2010 | 15:08:31 | 5032821635 | 5032821301 | 0:05:15 |
| JUN-15-2010 | 15:49:14 | 5035495564 | 5032821301 | 0:00:07 |
| JUN-15-2010 | 16:06:35 | 8005666414 | 5032821301 | 0:01:05 |
| JUN-15-2010 | 18:25:15 | 5039789237 | 5032821301 | 0:00:26 |
| JUN-16-2010 | 9:41:30 | 5032264211 | 5032821301 | 0:00:57 |
| JUN-16-2010 | 10:24:20 | 5037711874 | 5032821301 | 0:01:39 |
| JUN-16-2010 | 10:32:27 | 5037711874 | 5032821301 | 0:00:21 |
| JUN-16-2010 | 11:44:48 | 8884756741 | 5032821301 | 0:00:34 |
| *JUN-16-2010* | *11:56:06* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-16-2010 | 12:44:57 | 5032821635 | 5032821301 | 0:07:32 |
| JUN-16-2010 | 15:27:30 | 4029820436 | 5032821301 | 0:00:02 |
| JUN-16-2010 | 16:03:11 | 5035495571 | 5032821301 | 0:00:00 |
| JUN-16-2010 | 17:02:05 | 9712311205 | 5032821301 | 0:00:00 |

| | | | | |
|---|---|---|---|---|
| JUN-16-2010 | 18:34:06 | 9785702317 | 5032821301 | 0:00:01 |
| JUN-16-2010 | 18:37:52 | 5035495571 | 5032821301 | 0:00:06 |
| *JUN-17-2010* | *8:00:34* | *8008735869* | *5032821301* | *0:00:30* |
| JUN-17-2010 | 8:31:30 | 5032498084 | 5032821301 | 0:01:13 |
| JUN-17-2010 | 8:45:53 | 8664736418 | 5032821301 | 0:00:50 |
| JUN-17-2010 | 10:55:47 | 8884756741 | 5032821301 | 0:00:41 |
| JUN-17-2010 | 11:58:56 | 2064456981 | 5032821301 | 0:00:02 |
| JUN-17-2010 | 14:49:08 | 5032495000 | 5032821301 | 0:01:06 |
| JUN-17-2010 | 15:13:27 | 5035495565 | 5032821301 | 0:00:05 |
| JUN-17-2010 | 17:06:29 | 4024030048 | 5032821301 | 0:00:58 |
| JUN-17-2010 | 18:44:05 | 5035495565 | 5032821301 | 0:00:07 |
| JUN-18-2010 | 9:38:51 | 7027523480 | 5032821301 | 0:01:00 |
| JUN-18-2010 | 16:57:52 | 5037711874 | 5032821301 | 0:00:24 |
| JUN-18-2010 | 18:07:47 | 5035495565 | 5032821301 | 0:00:05 |
| JUN-18-2010 | 19:27:48 | 4064263292 | 5032821301 | 0:00:05 |
| JUN-18-2010 | 19:28:42 | 5035495565 | 5032821301 | 0:00:02 |
| JUN-19-2010 | 9:24:36 | 4153635532 | 5032821301 | 0:00:10 |
| JUN-19-2010 | 11:10:09 | 5037711874 | 5032821301 | 0:00:45 |
| JUN-19-2010 | 19:05:58 | 5037711874 | 5032821301 | 0:00:30 |
| JUN-20-2010 | 20:20:31 | 5037711874 | 5032821301 | 0:00:20 |
| JUN-21-2010 | 9:24:32 | 5037711874 | 5032821301 | 0:00:37 |
| JUN-21-2010 | 12:18:10 | 5036992082 | 5032821301 | 0:00:25 |
| JUN-21-2010 | 12:18:10 | 5036992082 | 5032821301 | 0:00:25 |
| JUN-21-2010 | 14:50:59 | 5036992082 | 5032821301 | 0:00:20 |
| JUN-21-2010 | 14:51:00 | 5036992082 | 5032821301 | 0:00:20 |
| JUN-21-2010 | 19:10:59 | 6305053008 | 5032821301 | 0:00:03 |
| JUN-21-2010 | 19:38:20 | 6305053008 | 5032821301 | 0:00:04 |
| JUN-22-2010 | 8:10:22 | 5036992082 | 5032821301 | 0:03:13 |
| JUN-22-2010 | 8:10:22 | 5036992082 | 5032821301 | 0:03:13 |
| JUN-22-2010 | 11:32:44 | 5032821635 | 5032821301 | 0:09:45 |
| JUN-22-2010 | 11:34:56 | 6308696793 | 5032821301 | 0:00:10 |
| JUN-22-2010 | 11:47:44 | 4065955550 | 5032821301 | 0:00:31 |
| JUN-22-2010 | 13:48:02 | 5036992082 | 5032821301 | 0:02:55 |
| JUN-22-2010 | 13:48:02 | 5036992082 | 5032821301 | 0:02:55 |
| JUN-22-2010 | 16:11:47 | 9716730618 | 5032821301 | 0:00:06 |

| | | | | |
|---|---|---|---|---|
| JUN-22-2010 | 17:00:20 | 5037711874 | 5032821301 | 0:00:50 |
| JUN-22-2010 | 21:56:00 | 5032821635 | 5032821301 | 0:27:50 |
| JUN-23-2010 | 7:00:52 | 5036992082 | 5032821301 | 0:04:42 |
| JUN-23-2010 | 7:00:52 | 5036992082 | 5032821301 | 0:04:42 |
| JUN-23-2010 | 9:44:34 | 5032829222 | 5032821301 | 0:00:34 |
| JUN-23-2010 | 15:56:51 | 5032821635 | 5032821301 | 0:00:04 |
| JUN-23-2010 | 15:57:16 | 5032821635 | 5032821301 | 0:04:22 |
| JUN-23-2010 | 16:03:48 | 2135047048 | 5032821301 | 0:00:11 |
| JUN-23-2010 | 16:30:41 | 3607225900 | 5032821301 | 0:00:03 |
| JUN-23-2010 | 19:20:36 | 7135359762 | 5032821301 | 0:00:11 |
| JUN-24-2010 | 10:16:46 | 5037711874 | 5032821301 | 0:00:29 |
| JUN-24-2010 | 12:37:38 | 5037711874 | 5032821301 | 0:00:28 |
| JUN-24-2010 | 16:23:56 | 5032555188 | 5032821301 | 0:00:42 |
| JUN-24-2010 | 18:45:57 | 5039982158 | 5032821301 | 0:00:33 |
| JUN-25-2010 | 8:55:11 | 5037711874 | 5032821301 | 0:10:36 |
| JUN-25-2010 | 9:05:21 | 5036992082 | 5032821301 | 0:01:22 |
| JUN-25-2010 | 9:05:21 | 5036992082 | 5032821301 | 0:01:22 |
| JUN-25-2010 | 9:21:47 | 6234864878 | 5032821301 | 0:00:04 |
| JUN-25-2010 | 11:38:15 | 5036541740 | 5032821301 | 0:00:00 |
| JUN-25-2010 | 11:41:28 | 5036541740 | 5032821301 | 0:00:42 |
| JUN-25-2010 | 12:47:11 | 5032317707 | 5032821301 | 0:01:14 |
| JUN-25-2010 | 12:59:34 | 7027253480 | 5032821301 | 0:00:46 |
| JUN-25-2010 | 14:16:45 | 8586940170 | 5032821301 | 0:02:18 |
| JUN-25-2010 | 14:18:49 | 5033622415 | 5032821301 | 0:00:41 |
| JUN-25-2010 | 15:29:23 | 8586940170 | 5032821301 | 0:33:55 |
| JUN-25-2010 | 15:45:57 | 5032821635 | 5032821301 | 0:00:05 |
| JUN-25-2010 | 15:48:47 | 5032821635 | 5032821301 | 0:00:03 |
| JUN-25-2010 | 15:49:14 | 5032821635 | 5032821301 | 0:00:34 |
| JUN-25-2010 | 17:35:51 | 6509688446 | 5032821301 | 0:00:00 |
| JUN-25-2010 | 17:36:36 | 6509688446 | 5032821301 | 0:00:52 |
| JUN-25-2010 | 17:56:25 | 5032821635 | 5032821301 | 0:12:43 |
| JUN-25-2010 | 19:59:50 | 5037711874 | 5032821301 | 0:00:35 |
| JUN-26-2010 | 9:25:31 | 5039571395 | 5032821301 | 0:00:10 |
| JUN-26-2010 | 11:12:54 | 5039571395 | 5032821301 | 0:00:28 |
| JUN-26-2010 | 12:56:36 | 7024400000 | 5032821301 | 0:00:10 |

| Date | Time | Number | Number | Duration |
|---|---|---|---|---|
| JUN-26-2010 | 14:31:23 | 5032821635 | 5032821301 | 0:06:53 |
| JUN-27-2010 | 19:00:29 | 2064266689 | 5032821301 | 0:01:42 |
| JUN-28-2010 | 8:23:51 | 5037202975 | 5032821301 | 0:00:29 |
| JUN-28-2010 | 10:20:06 | 5038910648 | 5032821301 | 0:00:24 |
| JUN-28-2010 | 11:05:39 | 5037202975 | 5032821301 | 0:00:43 |
| JUN-28-2010 | 11:33:01 | 5037202975 | 5032821301 | 0:01:33 |
| JUN-28-2010 | 14:33:49 | | 5032821301 | 0:00:26 |
| JUN-28-2010 | 14:47:48 | | 5032821301 | 0:04:13 |
| JUN-29-2010 | 9:00:06 | 5037202975 | 5032821301 | 0:00:05 |
| JUN-29-2010 | 9:03:08 | 5037202975 | 5032821301 | 0:00:51 |
| JUN-29-2010 | 9:06:37 | 9716730618 | 5032821301 | 0:01:08 |
| JUN-29-2010 | 9:34:49 | 5032498787 | 5032821301 | 0:00:33 |
| JUN-29-2010 | 9:52:12 | 5032498787 | 5032821301 | 0:02:40 |
| JUN-29-2010 | 11:26:42 | 5036794735 | 5032821301 | 0:00:44 |
| JUN-29-2010 | 11:32:54 | 5037202975 | 5032821301 | 0:00:20 |
| JUN-29-2010 | 11:57:02 | 5033622415 | 5032821301 | 0:01:20 |
| JUN-29-2010 | 11:57:46 | 2124539822 | 5032821301 | 0:00:36 |
| JUN-29-2010 | 12:34:07 | 9136817932 | 5032821301 | 0:00:59 |
| JUN-29-2010 | 15:22:01 | 8006220484 | 5032821301 | 0:00:44 |
| JUN-29-2010 | 15:55:05 | 5032553500 | 5032821301 | 0:01:14 |
| JUN-29-2010 | 15:55:05 | 5032553500 | 5032821301 | 0:01:14 |
| JUN-29-2010 | 16:28:16 | 5036794735 | 5032821301 | 0:01:53 |
| JUN-30-2010 | 8:23:44 | 9136817932 | 5032821301 | 0:01:04 |
| JUN-30-2010 | 8:45:58 | 9712209340 | 5032821301 | 0:00:14 |
| JUN-30-2010 | 9:16:40 | 8586940170 | 5032821301 | 0:14:53 |
| JUN-30-2010 | 11:18:51 | 9712311205 | 5032821301 | 0:00:00 |
| JUN-30-2010 | 15:53:15 | 5037202975 | 5032821301 | 0:00:38 |



100 Second Avenue South, Suite 1100S, St. Petersburg, FL 33701
T: 727.227.8407 | F: 727-556-9196 | Lynn.Cravey@FISGlobal.com

September 21, 2010

*VIA CERTIFIED MAIL & U.S. MAIL*

Mr. Randall J. Lakefish
2614 NE 32nd Place
Portland, OR 97212

Re:    Certegy Payment Recovery Services, Inc. ("CPRS")

Dear Mr. Lakefish:

This letter is in response to your letter to CPRS dated September 13, 2010. You have repeatedly claimed that you have not received written notification concerning a debt owed to CPRS but that you have received at least one dozen telephone calls from CPRS.

Your statements are incorrect. CPRS sent you correspondence dated May 17, 2010 and May 27, 2010, addressed to the address set forth above, regarding two returned checks presented to Kinko's. Both letters advised that the returned checks had been referred to CPRS for collection. Additionally, after receipt of your email dated June 8, 2010, claiming that you were unaware of any correspondence sent by CPRS, two letters dated June 10, 2010, were again mailed to you at the address listed above (which address was provided by you). Copies of the letters and the returned checks are enclosed with this letter.

Accordingly, CPRS declines your settlement proposal as it did not violate the Fair Debt Collections Practice Act.

Sincerely,

Lynn V. Cravey

Lynn V. Cravey
SVP & Chief Division Counsel

Enclosures

P.O. BOX 038997
TUSCALOOSA, AL 35403-8997
229858343

Certegy Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476
Office Hours: 8:00 am - 8:00 pm CST - Monday - Friday
(800) 873-5869

|972123661148|

(800)
344

RANDALL J LAKEFISH
2614 NE 32ND PL
PORTLAND OR 97212        -3661

DATE: 06/10/10
MERCHANT: KINKO'S 0995
CHECK NUMBER: 118
CHECK DATE: 04/30/10
CHECK AMOUNT: $47.57
CHECK FEE: $25.00
TOTAL DUE: $72.57

Dear: Randall J Lakefish

This is to notify you that check 118 in the amount of $47.57 was returned unpaid and has been referred to Certegy Payment Recovery Services, Inc. for collection.

Currently this check is being reported in a national check verification database, as authorized by our client. Many merchants use check verification at the point of purchase before accepting your personal check. Therefore, your check writing privileges may be denied until it is paid.

To resolve this matter, please contact our office at (800) 873-5869. For your convenience we offer the following payment options: Check by phone, Western Union Quick Collect, MoneyGram, priority mail, and regular mail. Please ensure you have the control number listed on this document to help identify your account.

You may also pay online at       www.paymentpost.com      . This payment option is available 24 hours a day, 7 days a week. There is no additional charge for this service.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

To receive proper credit on your account return this portion with your payment in the enclosed envelope.

RANDALL J LAKEFISH
2614 NE 32ND PL
PORTLAND OR 97212        -3661

CONTROL #: 229858343
DATE: 06/10/10
MERCHANT: KINKO'S 0995
CHECK NUMBER: 118
CHECK DATE: 04/30/10
CHECK AMOUNT: $47.57
CHECK FEE: $25.00
TOTAL DUE: $72.57

|336303184847|
CERTEGY PAYMENT RECOVERY SERVICES, INC.
P.O. BOX 30184
TAMPA, FL 33630-3184

#BASE11200

P.O. BOX 038997
TUSCALOOSA, AL 35403-8997
230177678

Certegy Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476
Office Hours: 8:00 am - 8:00 pm CST - Monday - Friday
(800) 873-5869

DATE: 06/10/10
MERCHANT: KINKO'S 5139
CHECK NUMBER: 121
CHECK DATE: 05/07/10
CHECK AMOUNT: $83.95
CHECK FEE: $25.00
TOTAL DUE: $108.95

|972123661148|

(0-0)
1249

RANDALL J LAKEFISH
2614 NE 32ND PL
PORTLAND OR 97212        -3661

Dear: Randall J Lakefish

This is to notify you that check 121 in the amount of $83.95 was returned unpaid and has been referred to Certegy Payment Recovery Services, Inc. for collection.

Currently, this check is being reported in a national check verification database, as authorized by our client. Many merchants use check verification at the point of purchase before accepting your personal check. Therefore, your check writing privileges may be denied until it is paid.

To resolve this matter, please contact our office at (800) 873-5869. For your convenience we offer the following payment options: Check by phone, Western Union Quick Collect, MoneyGram, priority mail, and regular mail. Please ensure you have the control number listed on this document to help identify your account.

You may also pay online at    www.paymentpost.com   . This payment option is available 24 hours a day, 7 days a week. There is no additional charge for this service.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

----------

To receive proper credit on your account return this portion with your payment in the enclosed envelope.

RANDALL J LAKEFISH
2614 NE 32ND PL
PORTLAND OR 97212        -3661

CONTROL #: 230177678
DATE: 06/10/10
MERCHANT: KINKO'S 5139
CHECK NUMBER: 121
CHECK DATE: 05/07/10
CHECK AMOUNT: $83.95
CHECK FEE: $25.00
TOTAL DUE: $108.95

|336303184847|
CERTEGY PAYMENT RECOVERY SERVICES, INC.
P.O. BOX 30184
TAMPA, FL 33630-3184

BASE11200

P.O. BOX 038997
TUSCALOOSA, AL 35403-8997
229858343

Certegy Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476
Office Hours: 8:00 am - 8:00 pm CST - Monday - Friday
(800) 873-5869

|972123661148|

8 (57002) 80

RANDALL J LAKEFISH
2614 NE 32ND PL
PORTLAND OR 97212        -3661

DATE: 05/17/10
MERCHANT: KINKO'S 0995
CHECK NUMBER: 118
CHECK DATE: 04/30/10
CHECK AMOUNT: $47.57
CHECK FEE: $25.00
TOTAL DUE: $72.57

Dear: Randall J Lakefish

This is to notify you that check 118 in the amount of $47.57 was returned unpaid and has been referred to Certegy Payment Recovery Services, Inc. for collection.

Currently this check is being reported in a national check verification database, as authorized by our client. Many merchants use check verification at the point of purchase before accepting your personal check. Therefore, your check writing privileges may be denied until it is paid.

To resolve this matter, please contact our office at (800) 873-5869. For your convenience we offer the following payment options: Check by phone, Western Union Quick Collect, MoneyGram, priority mail, and regular mail. Please ensure you have the control number listed on this document to help identify your account.

You may also pay online at    www.paymentcost.com    . This payment option is available 24 hours a day, 7 days a week. There is no additional charge for this service.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

To receive proper credit on your account return this portion with your payment in the enclosed envelope.

RANDALL J LAKEFISH
2614 NE 32ND PL
PORTLAND OR 97212        -3661

CONTROL #: 229858343
DATE: 05/17/10
MERCHANT: KINKO'S 0995
CHECK NUMBER: 118
CHECK DATE: 04/30/10
CHECK AMOUNT: $47.57
CHECK FEE: $25.00
TOTAL DUE: $72.57

|336303184847|
CERTEGY PAYMENT RECOVERY SERVICES, INC.
P.O. BOX 30184
TAMPA, FL 33630-3184

#BASE11200

P.O. BOX 038997
TUSCALOOSA, AL 35403-8997
230177678

Certegy Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476
Office Hours: 8:00 am - 8:00 pm CST - Monday - Friday
(800) 873-5869

DATE: 05/27/10
MERCHANT: KINKO'S 5139
CHECK NUMBER: 121
CHECK DATE: 05/07/10
CHECK AMOUNT: $83.95
CHECK FEE: $25.00
TOTAL DUE: $108.95

|972123661148|

RANDALL J LAKEFISH
2614 NE 32ND PL
PORTLAND OR 97212        -3661

Dear: Randall J Lakefish

This is to notify you that check 121 in the amount of $83.95 was returned unpaid and has been referred to Certegy Payment Recovery Services, Inc. for collection.

Currently, this check is being reported in a national check verification database, as authorized by our client. Many merchants use check verification at the point of purchase before accepting your personal check. Therefore, your check writing privileges may be denied until it is paid.

To resolve this matter, please contact our office at (800) 873-5869. For your convenience we offer the following payment options: Check by phone, Western Union Quick Collect, MoneyGram, priority mail, and regular mail. Please ensure you have the control number listed on this document to help identify your account.

You may also pay online at    www.paymentcost.com    . This payment option is available 24 hours a day, 7 days a week. There is no additional charge for this service.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

----------------------------------------------------------------------------------------------------

To receive proper credit on your account return this portion with your payment in the enclosed envelope.

RANDALL J LAKEFISH
2614 NE 32ND PL
PORTLAND OR 97212        -3661

CONTROL #: 230177678
DATE: 05/27/10
MERCHANT: KINKO'S 5139
CHECK NUMBER: 121
CHECK DATE: 05/07/10
CHECK AMOUNT: $83.95
CHECK FEE: $25.00
TOTAL DUE: $108.95

|336303184847|
CERTEGY PAYMENT RECOVERY SERVICES, INC.
P.O. BOX 30184
TAMPA, FL 33630-3184

BASE11200

June 14, 2010

Certegy Payment Recovery Services, Inc.
Attn: Lee Kennedy
3500 5th St.
Northport, AL 35476

Re: Telephone Calls

Mr. Kennedy,

Although the enclosed communications have been sent to your organization via fax and email, yet another call was received this morning.

As each contact constitutes a violation of the Fair Debt Collection Practices, I encourage you to continue calling.

Randall J. Lakefish

c.c.     Kivel & Howard LLP
         file

Cut on dotted line.

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Carrier pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

**UNITED STATES POSTAL SERVICE**

Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the Track & Confirm page at usps.com

## Online Label Record (Label 1 of 1)

**Delivery Confirmation™ Number:**

**9405 5036 9930 0260 5953 14**

Paid Online

| Transaction #: | 170659373 | Priority Mail® Postage | $5.54 |
| Print Date: | 08/14/2010 | Total: | $3.44 |
| Ship Date: | 08/14/2010 | | |
| Weight: | 1 lb 0 oz | | |

**From:**   RANDALL LAKEFISH
2914 NE 32ND PL
PORTLAND OR 97212-3661

**To:**   LEE KENNEDY
CERTEGY PAYMENT RECOVERY SERVICES, INC
3500 5TH ST
NORTHPORT AL 35476-4723

\* Commercial Base Pricing Priority Mail rates apply. There is no fee for Delivery Confirmation service on Priority Mail service with use of this electronic rate shipping label. Delivery information is not available by phone for the electronic rate. Refunds for unused postage paid labels can be requested online 10 days from the print date. For Carrier Pickup or tracking call 1-800-222-1811.



**UNITED STATES POSTAL SERVICE.**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 9405 5036 9930 0260 5953 14
Class: Priority Mail®
Service(s): Delivery Confirmation™
Status: Delivered

Your item was delivered at 10:32 AM on June 16, 2010 in NORTHPORT, AL 35476.

**Detailed Results:**

- Delivered, June 16, 2010, 10:32 am, NORTHPORT, AL 35476
- Out for Delivery or Available at PO Box, June 16, 2010, 8:56 am, NORTHPORT, AL 35476
- Sorting Complete, June 16, 2010, 8:26 am, NORTHPORT, AL 35476
- Arrival at Post Office, June 16, 2010, 7:38 am, NORTHPORT, AL 35476
- Processed through Sort Facility, June 15, 2010, 11:15 pm, BIRMINGHAM, AL 35222
- Electronic Shipping Info Received, June 14, 2010

**Track & Confirm**

Enter Label/Receipt Number.

Go >

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.     Go >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

September 13, 2010

Certegy Payment Recovery Services, Inc.
Attn: Lee Kennedy
3500 5th St.
Northport, AL 35476

Re: Case 3325002

Mr. Kennedy,

Although I have never received written notification concerning a debt owed to
Certegy Payment Recovery Services, Inc., I have received at least one dozen telephone
calls from your firm.

On June 9, 2010, your organization confirmed having received an email that requested a
complete itemization of all charges pertaining to any alleged obligation.

The phone calls from Certegy Payment Recovery Services, Inc. continued despite my
request.

On June 16, 2010, your organization received a certified letter once again requesting a
complete itemization of all charges pertaining to any alleged obligation.

Due to the fact that Certegy Payment Recovery Services, Inc. failed to provide these
materials, requested for the purpose of verifying the debt, they are in violation of the Fair
Debt Collection Practices Act.

In order to avoid legal proceedings against Certegy Payment Recovery Services, Inc. for
said violation, please be advised that I will accept a settlement in the amount of $1000.00
to be received no later than September 30, 2010.

If this sum is not received as stipulated above, a lawsuit will be filed in the Circuit Court
for the State of Oregon.

Sincerely,

Randall J. Lakefish
2614 NE 32nd Place
Portland, OR 97212

c.c.    Kivel & Howard LLP
        file

Cut on dotted line.

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Carrier pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

**UNITED STATES POSTAL SERVICE®**   Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the Track & Confirm page at usps.com

---

## Online Label Record (Label 1 of 1)

Delivery Confirmation™ Number:
**9405 5036 8930 0339 9040 30**

| | | |
|---|---|---|
| Paid Online | | |
| Transaction #: | 177396287 | Priority Mail® Postage: | $3.44 |
| Print Date: | 09/10/2010 | Total: | $3.44 |
| Ship Date: | 09/13/2010 | | |
| Weight: | 0 lb 1 oz | | |

From:   RANDALL LAKEFISH
        2814 NE 52ND PL
        PORTLAND OR 97212-3661

To:     LEE KENNEDY
        CERTEGY PAYMENT RCOVERY SERVICES, INC
        2000 5TH ST
        NORTHPORT AL 35476-4723

* Commercial Base Pricing Priority Mail rates apply. There is a no fee for Delivery Confirmation service on "Priority Mail service with use of this electronic rate shipping label. Delivery information is not available by phone for the electronic rate. Refunds for unused postage paid labels can be requested online 10 days from the print date. For Carrier Pickup or tracking call 1-800-222-1811.

USPS - Track & Confirm                                                        Page 1 of 1

 **UNITED STATES POSTAL SERVICE**

Track &

# Track & Confirm

## Search Results

Label/Receipt Number: 9405 5036 9930 0339 9040 30
Class: Priority Mail®
Service(s): Delivery Confirmation™
Status: Delivered

**Track & Confirm**

Enter Label/Receipt

Your item was delivered at 11:30 am on September 16, 2010 in
NORTHPORT, AL 35476.

Detailed Results:

• Delivered, September 16, 2010, 11:30 am, NORTHPORT, AL 35476
• Out for Delivery or Available at PO Box, September 16, 2010, 9:22 am, NORTHPORT, AL 354'
• Sorting Complete, September 16, 2010, 8:52 am, NORTHPORT, AL 35476
• Arrival at Post Office, September 16, 2010, 8:21 am, NORTHPORT, AL 35476
• Electronic Shipping Info Received, September 10, 2010

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. 

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

----- Original Message -----

**From:** Randall Lakefish

**To:** Merchant.Solutions@fisglobal.com

**Cc:** Randall Lakefish

**Sent:** Friday, June 11, 2010 8:00 AM

**Subject:** Fw: Certegy Payment Recovery Services-June 8.doc case#3325002

June 11, 2010

Certegy Payment Recovery Services, Inc.

Attn: Lee Kennedy

3500 5th St.

Northport, AL 35476

Re: Telephone Calls

Mr. Kennedy,

I continue to receive phone calls from your organization despite the fact that you have received my request for documentation pertaining to an alleged debt.

As Certegy Payment Recovery Services, Inc. has failed to provide verification of said debt, your telephone communications constitute an attempt to collect this debt and thus is in violation of Section 809, Paragraph 5b of the Fair Debt Collection Practice Act.

Therefore, I intend to initiate proceedings against Certegy Payment Recovery Services, Inc. and its representative.

Randall J. Lakefish

c.c. Kivel & Howard LLP

file

----- Original Message -----

**From:** Randall Lakefish

**To:** Merchant.Solutions

**Cc:** Randall Lakefish

**Sent:** Wednesday, June 09, 2010 12:41 PM

**Subject:** Re: Certegy Payment Recovery Services-June 8.doc case#3325002

June 9, 2010

Certegy Payment Recovery Services, Inc.

Attn: Lee Kennedy

3500 5th St.

Northport, AL 35476

Re: Telephone Calls

Mr. Kennedy,

As you have received my electronic correspondance, there is no need for me to call your organization.

I trust you will provide the documentation requested and cease from any further telephone calls until that information is provided.

Randall J. Lakefish

c.c. Kivel & Howard LLP

file

----- Original Message -----

**From:** Merchant.Solutions

**To:** Randall Lakefish

**Sent:** Wednesday, June 09, 2010 11:43 AM

**Subject:** RE: Certegy Payment Recovery Services-June 8.doc case#3325002

Dear Randall,

Thank you for contacting Merchant Solutions.

Please contact CPRS at 1-800-873-5869 for better assistance.

If you have any questions or need further clarification, please do not hesitate to contact Merchant Solutions at 1-800-237-7506 and refer to the case number listed above.

Sincerely,

Merchant Solutions

Certegy

Phone: 1-800-237-7506

Fax: 727-570-4949

E-Mail: Merchant.Solutions@fisglobal.com

Note: Due to a system limitation a response is being sent only to the requestor. If you need to forward this email to another party please do so. Also, in the event that you need to reply to Merchant Solutions with regards to this issue do not alter this reply message to ensure we log the request to the appropriate case and do not delay your response.

----- Original Message -----

**From:** Randall Lakefish

**To:** clientservices.contactcenter@fnis.com

**Cc:** Randall Lakefish

**Sent:** Tuesday, June 08, 2010 8:30 AM

**Subject:** Certegy Payment Recovery Services-June 8.doc

June 8, 2010

Certegy Payment Recovery Services, Inc.

Attn: Lee Kennedy

3500 5th St.

Northport, AL 35476

Re: Telephone Calls

Mr. Kennedy,

We have been receiving innumerable telephone calls from your organization requesting that we make contact with you.

Unfortunately, I am unaware of any correspondance sent by Certegy Payment Recovery Services, Inc. concerning the matter that warrants these calls.

If you are communicating about an account, please forward notification to the address of 2614 NE 32nd Place, Portland, OR 97212.

Sincerely,

Randall J. Lakefish

c.c. Kivel & Howard LLP

file