IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**RANDALL LAKEFISH**,　　　　　　　　　　　　Civil Case No. 10-1506-KI

　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　JUDGMENT

vs.

**CERTEGY PAYMENT RECOVERY SERVICES, INC.**,

　　　　　　Defendant.

　　Randall Lakefish
　　2614 NE 32nd Place
　　Portland, Oregon   97212

　　　　Pro Se Plaintiff

　　Robert M. Snee
　　5956 SE 111th Avenue
　　P.O. Box 16866
　　Portland, Oregon  97292

　　　　Attorney for Defendant

Page 1 - JUDGMENT

KING, Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

Dated this _____4th_____ day of April, 2011.

                                                     /s/ Garr M. King  
                                                     Garr M. King  
                                                     United States District Judge